**90–2055.** State v. CECOS International, Inc. *Clermont County,* No. CA89–06–049. This cause, here on appeal from the Court of Appeals for Clermont County, was considered in the manner prescribed by law. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective November 14, 1991.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**91–1946.** State v. Crump. *Cuyahoga County,* No. 57348. *Sua sponte,* cause dismissed for want of prosecution, effective November 14, 1991.